Commonwealth *v.* Pope, Appellant.

Submitted April 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Eugene H. Clarke, Jr.,* for appellant.

*Mark Sendrow, David Richman,* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:

The orders of the Superior Court and the Philadelphia Court of Common Pleas are reversed. *See, Com. v. Mills,* 447 Pa. 163, 286 A. 2d 638 (1971).

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.